## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG ATKINS, ANDREW DUREN AND JOEL DAVENPORT,**<br>        **Plaintiff,**<br><br>        v.<br><br>**BOROUGH OF PHOENIXVILLE, MICHAEL BAUERLY, DAVID BOELKER, E. JEAN KRACK MICHAEL SPECK, PHOENIXVILLE POLICE DEPARTMENT, WILLIAM MOSSMAN, PECO ENERGY COMPANY, PECO EMPLOYEES JOHN BROWNS 1-100, LANCE FROST, KYLE PLACE, PATRICK MARK AND PHOENIXVILLE HOSE, HOOK AND LADDER #1,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  16-4503** |

# O R D E R

**AND NOW**, this 27th day of August, 2018, upon consideration of Defendants Michael Bauerly, David Boelker, Borough of Phoenixville, Lance Frost, E. Jean Krack, Patrick Mark, William Mossman, Phoenixville Police Department, Kyle Place, and Michael Speck's Motion for Summary Judgment (ECF No. 89); Defendants PECO Employees John Browns 1-100 and PECO Energy Company's Motion for Summary Judgment (ECF No. 91); Plaintiffs' Responses in Opposition Thereto (ECF Nos. 96 & 97); All Defendants' Reply (ECF Nos. 98 & 101); Plaintiffs' Motion for Summary Judgment (ECF No. 93); and All Defendants' Responses in Opposition Thereto (ECF Nos. 95 & 99), **IT IS ORDERED** that Defendants' Motions for Summary Judgment (ECF Nos. 89 & 91) are **GRANTED** and Plaintiffs' Motion for Summary Judgment (ECF No. 93) is **DENIED**.

The Clerk of Court is directed to mark this case as **CLOSED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**